FILED
MAR 0 6 2008
3-6-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) Violation: Title 8, United States Code.
) Sections 1326(a) and (b)(2); and Title 6,
ISRAEL MARTINEZ-ARZATE ) United States Code, Section 202(4)
)
) **08CR 0199**
)
)

JUDGE GRADY

The SPECIAL JUNE 2007 GRAND JURY charges:     MAGISTRATE JUDGE VALDEZ

On or about February 15, 2008, at Lockport, Illinois, in the Northern District of Illinois, Eastern Division,

ISRAEL MARTINEZ-ARZATE,

defendant herein, an alien who previously had been deported and removed from the United States on or about July 2, 2004 and September 30, 1996, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY