NF

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other Than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 08 GJ 0275 | DATE | MARCH 6, 2008 |
| CASE TITLE | US v. ISRAEL MARTINEZ-ARZATE | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**08CR 0199**

The Grand Jury for the SPECIAL JUNE 2007 Session, a quorum being present,
returns the above entitled indictment in open Court this date before
Judge or Magistrate Judge _Geraldine Soat Brown_

**FILED**
MAR 0 6 2008
MAR 06 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

Docket Entry:

JUDGE GRADY

MAGISTRATE JUDGE VALDEZ

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANT IS CURRENTLY IN THE ADMINISTRATIVE CUSTODY OF IMMIGRATION & CUSTOMS ENFORCEMENT AGENCY.

SIGNATURE OF JUDGE                (ONLY IF FILED
OR MAGISTRATE JUDGE              UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#