Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 199 | **DATE** | 3/14/2008 |
| **CASE TITLE** | USA vs. Israel Martinez-Arzate | | |

**DOCKET ENTRY TEXT**

Arraignment held on 3/14/2008 as to Israel Martinez-Arzate (1). The defendant is informed of his rights. Jeffrey L. Levine is appointed as counsel for the defendant. Defendant enters plea of not guilty to all counts of the indictment. Pretrial motions are to be filed by 4/4/08. Responses are due 4/18/08. Case set for further status before Judge John F. Grady on 4/23/08 at 9:30 a.m. Government's oral motion to detain defendant is entered and continued. Defendant's oral motion to continue detention to 3/20/08 at 11:30 a.m. is granted. Government's oral motion to exclude time is granted. Enter excludable time from 3/14/08 to 4/23/08 pursuant to 18:3161(h)(1)(F).   (X-E)

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:30

| | Courtroom Deputy Initials: | yp |
|---|---|---|