# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 199 - 1 | **DATE** | 4/2/2008 |
| **CASE TITLE** | USA vs. Israel Martinez-Arzate | | |

**DOCKET ENTRY TEXT**

All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | yp |
|---|---|---|