AO 442 (Rev. 6/97) Warrant for Arrest

MHN

# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America          WARRANT FOR ARREST

v.

Israel Martinez-Arzate          Case Number: 08cr199-1

To:    The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Israel Martinez-Arzate** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**(X)Indictment**    Information    Complaint    Order of court    Violation Notice    Probation    Violation Petition

charging him or her with: **Re-entry of deported alien.**

in violation of Title 8 United States Code, Section(s) 1326(a).

Ellenore Duff Issuing Officer, Deputy Clerk

*Ellenore Duff*          3/7/2008; Chicago, IL
Signature of Issuing Officer

Bail fixed at $ _____

_____, Judicial Officer

**FILED**
APR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 3-07-2008 |

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 3-14-2008 | ARRESTED by ICE | |
| Date of Arrest | | |