# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                            Case No.: 1:08–cr–00199
                                              Honorable John F. Grady

Israel Martinez–Arzate

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

        MINUTE entry before Judge Honorable John F. Grady:Status hearing held on 4/30/2008 and continued to 5/14/2008 at 09:30 a.m. as to defendant Martinez–Arzate. Time continues to be excluded pursuant to 18:3161 (h)(8)(A)(B) in the interest of justice until 05/14/08. Mailed notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.