**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                              Case No.: 1:08−cr−00199
                                                             Honorable John F. Grady

Israel Martinez−Arzate

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable John F. Grady:Status hearing held on 5/14/2008. Change of Plea Hearing set for 6/10/2008 at 11:00 a.m. as to Israel Martinez−Arzate. Pursuant to 18 U.S.C. 3161(h)(8)(B)(i), time continues to be excluded in the interest of justice for plea negotiations until 06/10/08. Mailed notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.