## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 199 | **DATE** | 6/12/2008 |
| **CASE TITLE** | USA vs. Israel Martinez-Arzate | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held as to Israel Martinez-Arzate. Defendant informed of his rights. The defendant enters a blind plea of guilty to count one of the indictment. Finding of guilty entered. Cause referred to the probation office for a presentence investigation. Sentencing set for 9/23/08 at 1:00 p.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | JD |
|---|---|---|